JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN A. LOVOS,<br><br>            Petitioner,<br>    vs.<br>DAVID LONG,<br><br>            Respondent.<br>_____ | Case No. CV 14-184 MMM (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 14, 2015

                                          _____
                                          HON. MARGARET M. MORROW
                                          UNITED STATES DISTRICT JUDGE